# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 24-50444  
**Case Name:** National Wholesale Company, Inc.  
**For Period Ending:** 12/31/2024

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 06/10/2024 (f)  
**§ 341(a) Meeting Date:** 07/12/2024  
**Claims Bar Date:** 09/18/2024

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | checking account (Sweep Account) Account at Pinnacle, xxxxxx6719 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | checking account (Store Account) Account at Pinnacle, xxxxxx6727 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | checking account (refund account) Account at Pinnacle, xxxxxx6610 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | checking account (operating account) Account at Pinnacle, xxxxxx6602 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | checking account (disbursement account) Account at Pinnacle, xxxxxx6628 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | money market account (collateral reserve account) Account at Pinnacle, xxxxxx5641 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | fiduciary account Account at Funds held by Debtor's attorney obo Debtor. | 43,211.02 | 43,211.02 | | 43,217.60 | FA | 0.00 | 0.00 |
| 8 | uncashed check | 6.58 | 6.58 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | security deposit for lease of commercial/retail space in Lexington Shopping Center | 2,400.00 | 2,400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | City of Lexington, NC security deposit for gas service acct no.: 1864201 | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | Prepayment to Smith Leonard for 2023 tax preparation | 7,500.00 | 7,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | A/R 90 days old or less: ok refund due. Face amount = $346.44. Doubtful/Uncollectible accounts = $0.00. | 346.44 | 346.44 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | A/R 90 days old or less: ntial ins. premium. Face amount = $0.00. Doubtful/Uncollectible accounts = $0.00. | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 14 | Finished goods: inventory, Net Book Value: Unknown, Valuation Method: Recent cost | 3,848,385.50 | 3,848,385.50 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | Other inventory or supplies: Pantone swatch book, Net Book Value: Unknown, Valuation Method: Tax records | 8,061.00 | 8,061.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | Other inventory or supplies: misc. office supplies, Net Book Value: Unknown, Valuation Method: N/A | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 17 | Miller furniture and office chairs. Valuation Method: Tax records | 192,435.00 | 192,435.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | 20 Alfred Williams chairs. Valuation Method: Tax records | 7,579.00 | 7,579.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | misc office furntiure--desk, chairs, tables. Valuation Method: N/A | 10,000.00 | 10,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | Harris lighting fixtures. Valuation Method: Tax records | 2,815.00 | 2,815.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Penco warehouse racking and rack system. Valuation Method: Tax records | 9,490.00 | 9,490.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Model 1645C shredder. Valuation Method: Tax records | 2,697.00 | 2,697.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | 13 call/work stations. Valuation Method: Tax records | 14,844.00 | 14,844.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | Harris listening system. Valuation Method: Tax records | 2,815.00 | 2,815.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 24-50444  
**Case Name:** National Wholesale Company, Inc.  
**For Period Ending:** 12/31/2024

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 06/10/2024 (f)  
**§ 341(a) Meeting Date:** 07/12/2024  
**Claims Bar Date:** 09/18/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 25 | Neopost SM94 mail machine. Valuation Method: Tax records | 10,844.00 | 10,844.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26 | Neopost Scale #SR77. Valuation Method: Tax records | 2,649.00 | 2,649.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27 | PS 60 Scale/Scan/Print. Valuation Method: Tax records | 3,229.00 | 3,229.00 | | 0.00 | FA | 0.00 | 0.00 |
| 28 | phone system. Valuation Method: Tax records | 133,770.00 | 133,770.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29 | Formax AutoSeal FD1500. Valuation Method: Tax records | 4,122.00 | 4,122.00 | | 0.00 | FA | 0.00 | 0.00 |
| 30 | Paxton 2 door entry ssytem. Valuation Method: Tax records | 3,258.00 | 3,258.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31 | secuirty camera system and equipment. Valuation Method: Tax records | 15,385.00 | 15,385.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32 | 12 Zebra scanning guns. Valuation Method: Tax records | 29,060.00 | 29,060.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33 | paging system. Valuation Method: Tax records | 21,085.00 | 21,085.00 | | 0.00 | FA | 0.00 | 0.00 |
| 34 | Epson sure color 24" printer. Valuation Method: Tax records | 9,284.00 | 9,284.00 | | 0.00 | FA | 0.00 | 0.00 |
| 35 | photo equipment, photo shoot props, photo. Valuation Method: N/A | 20,000.00 | 20,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36 | lighting. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 37 | battery back up. Valuation Method: Tax records | 6,420.00 | 6,420.00 | | 0.00 | FA | 0.00 | 0.00 |
| 38 | 2 IMac 27 inch wth Retina 5K display monitors. Valuation Method: Tax records | 5,056.00 | 5,056.00 | | 0.00 | FA | 0.00 | 0.00 |
| 39 | 4 Mac computers. Valuation Method: Tax records | 15,344.00 | 15,344.00 | | 0.00 | FA | 0.00 | 0.00 |
| 40 | 16 Microsoft windows servers. Valuation Method: N/A | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 41 | 23 Dell laptops. Valuation Method: N/A | 4,600.00 | 4,600.00 | | 0.00 | FA | 0.00 | 0.00 |
| 42 | MacBook Pro. Valuation Method: N/A | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 43 | 96 desktop computers and monitors (Dell and Imac). Valuation Method: N/A | 19,200.00 | 19,200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 44 | 7 40 - 50 inch televisions. Valuation Method: N/A | 2,500.00 | 2,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 45 | 112 computer monitors. Valuation Method: N/A | 11,200.00 | 11,200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 46 | 56 keyboards. Valuation Method: N/A | 1,120.00 | 1,120.00 | | 0.00 | FA | 0.00 | 0.00 |
| 47 | 34 Zebra printers. Valuation Method: N/A | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 48 | 2006 Chevrolet C-6500 159,968 miles. Valuation Method: Tax records | 3,720.00 | 3,720.00 | | 6,750.00 | FA | 0.00 | 0.00 |
| 49 | 1989 Chevrolet 1500 108,567 miles. Valuation Method: Tax records | 930.00 | 930.00 | | 3,500.00 | FA | 0.00 | 0.00 |
| 50 | 2019 Chevrolet 2500 39,523 miles. Valuation Method: Tax records | 24,010.00 | 24,010.00 | | 30,500.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 24-50444  
**Case Name:** National Wholesale Company, Inc.  
**For Period Ending:** 12/31/2024

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 06/10/2024 (f)  
**§ 341(a) Meeting Date:** 07/12/2024  
**Claims Bar Date:** 09/18/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 51 | 1989 International 302,086 miles. Valuation Method: Tax records | 2,500.00 | 2,500.00 | | 3,800.00 | FA | 0.00 | 0.00 |
| 52 | 2003 Carr. Valuation Method: Appraisal | 7,900.00 | 7,900.00 | | 350.00 | FA | 0.00 | 0.00 |
| 53 | 2001 Kauf trailer. Valuation Method: Appraisal | 800.00 | 800.00 | | 3,000.00 | FA | 0.00 | 0.00 |
| 54 | 2003 Mercedes 500SL. Valuation Method: Tax records | 6,260.00 | 6,260.00 | | 6,250.00 | FA | 0.00 | 0.00 |
| 55 | weigh-tronic scale. Valuation Method: Tax records | 2,655.00 | 2,655.00 | | 0.00 | FA | 0.00 | 0.00 |
| 56 | Taledo scale #8142. Valuation Method: Tax records | 2,290.00 | 2,290.00 | | 0.00 | FA | 0.00 | 0.00 |
| 57 | wrapping conveyor. Valuation Method: Tax records | 3,040.00 | 3,040.00 | | 0.00 | FA | 0.00 | 0.00 |
| 58 | shelving/racks. Valuation Method: Tax records | 42,099.00 | 42,099.00 | | 0.00 | FA | 0.00 | 0.00 |
| 59 | conveyor with center drive. Valuation Method: Tax records | 2,932.00 | 2,932.00 | | 0.00 | FA | 0.00 | 0.00 |
| 60 | projector MT840. Valuation Method: Tax records | 4,493.00 | 4,493.00 | | 0.00 | FA | 0.00 | 0.00 |
| 61 | shelving racks for bins. Valuation Method: Tax records | 11,744.00 | 11,744.00 | | 0.00 | FA | 0.00 | 0.00 |
| 62 | weigh-tronic scale. Valuation Method: Tax records | 2,655.00 | 2,655.00 | | 0.00 | FA | 0.00 | 0.00 |
| 63 | boiler. Valuation Method: Tax records | 13,915.00 | 13,915.00 | | 0.00 | FA | 0.00 | 0.00 |
| 64 | steel wheel gravity conveyor. Valuation Method: Tax records | 2,234.00 | 2,234.00 | | 0.00 | FA | 0.00 | 0.00 |
| 65 | V630cc vertical baler. Valuation Method: Tax records | 12,573.00 | 12,573.00 | | 0.00 | FA | 0.00 | 0.00 |
| 66 | Clark forklift. Valuation Method: Tax records | 9,700.00 | 9,700.00 | | 0.00 | FA | 0.00 | 0.00 |
| 67 | tow motor forklift. Valuation Method: Tax records | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 68 | misc. office machinery, including industrial fans, mats, mail carts/bins. Valuation Method: N/A | 10,000.00 | 10,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 69 | Clar electric lift truck. Valuation Method: Tax records | 23,466.00 | 23,466.00 | | 0.00 | FA | 0.00 | 0.00 |
| 70 | Benwill BPO-9 lift. Valuation Method: Tax records | 4,500.00 | 4,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 71 | GS1 Company Prefix License. Valuation Method: N/A | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 72 | customer mailing list. Valuation Method: N/A | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 73 | Notes Receivable: Split Dollar Life Insurance Agreement (payable upon death of Lynda Swann). Total Face amount - Uncollectable amount = $365,187.90 - $0.00 | 365,187.90 | 365,187.90 | | 0.00 | FA | 0.00 | 0.00 |
| 74 | Federal NOL (available for 2023; not yet filed), Tax Year 2023 | 6,100,000.00 | 6,100,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 75 | State NOL (available for 2023; not yet filed), Tax Year 2023 | 6,700,000.00 | 6,700,000.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 24-50444  
**Case Name:** National Wholesale Company, Inc.  
**For Period Ending:** 12/31/2024

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 06/10/2024 (f)  
**§ 341(a) Meeting Date:** 07/12/2024  
**Claims Bar Date:** 09/18/2024

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 76 | Employment Practices Liability Insurance; policy #8243-766222 Federal Insurance Company/claims made policy A 1-year extended reporting period was added to this policy on 2/9/2024. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 77 | Directors & Officers Liability; policy #PHSD1846826 Philadelphia Indemnity Ins. Company/claims made policy A 1-year extended reporting period was added to this policy on 2/9/2024. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 78 | Fiduciary Liability; policy #105543016 Travelers Casualty and Surety Compnay of Ameria/claims made policy A 1-year extended reporting period was added to this policy on 2/9/2024. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 79 | Employees Benefits Liability; policy #S2489587 Selective Insurance Company of America/claims made policy A 1-year extended reporting period was added to this policy on 2/9/2024. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 80 | Cyber Liability and Data Breach Response; policy #S2489587 Selective Insurance Company of America/claims made policy A 1-year extended reporting period was added to this policy on 2/9/2024. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 81 | Cyber; policy #C-4MQ8-118921-CYBER1 Swiss Re Corporate Solutions America Insurance Corp./claims made policy A 1-year extended reporting period was added to this policy on 2/9/2024. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 82 | Southwest Marine and General Ins. importer bond; $200,000.00 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 83 | Selective Ins. Company of America a/s/o/ National Wholesale Company, Inc. v. Portia Newell deductible interest. Amount Requested: $0.00 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 84 | Buyer's Premium (u) Auctioneer's Buyer's Premium for auction of vehicles | 0.00 | 8,122.50 | | 8,122.50 | FA | 0.00 | 0.00 |
| **84** | **Assets Totals (Excluding unknown values)** | **$17,832,865.44** | **$17,840,987.94** | | **$105,490.10** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Third Interim Report 1/1/2025 Trustee is liquidating the assets  
Second Interim Report 10/1/2024 Trustee is liquidating the assets  
First Interim Report: 7/1/2024 There are no bank accounts, so no Form 2 has been generated.

**Initial Projected Date Of Final Report (TFR):** 12/31/2025    **Current Projected Date Of Final Report (TFR):** 12/31/2025

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-5

**Case No.:** 24-50444
**Case Name:** National Wholesale Company, Inc.

**For Period Ending:** 12/31/2024

**Trustee Name:** (530470) Daniel C. Bruton
**Date Filed (f) or Converted (c):** 06/10/2024 (f)
**§ 341(a) Meeting Date:** 07/12/2024
**Claims Bar Date:** 09/18/2024

01/10/2025
Date

/s/Daniel C. Bruton
Daniel C. Bruton

Copy Served On:  John Paul Hughes Cournoyer
                 Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 24-50444 | Trustee Name: | Daniel C. Bruton (530470) |
|---|---|---|---|
| Case Name: | National Wholesale Company, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7732 | Account #: | ******7301 Checking |
| For Period Ending: | 12/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/24 | {7} | Bell, Davis & Pitt, PA | Moving Funds from BDP trust account into Stretto account | 1129-000 | 43,217.60 | | 43,217.60 |
| 07/29/24 | 101 | Keystone Technology, Inc. | Paymnet of invoice # 101049 | 3991-000 | | 1,437.50 | 41,780.10 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 41,775.10 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 67.23 | 41,707.87 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 64.44 | 41,643.43 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 73.22 | 41,570.21 |
| 11/05/24 | | Iron Horse Auction Co., Inc. | Auction Sale Proceeds for Vehicles, Buyer's Premium and Expenses | | 62,272.50 | | 103,842.71 |
| | {48} | | Auction Sale Proceeds $6,750.00 | 1129-000 | | | |
| | {50} | | Auction Sale Proceeds $30,500.00 | 1129-000 | | | |
| | {49} | | Auction Sale Proceeds $3,500.00 | 1129-000 | | | |
| | {51} | | Auction Sale Proceeds $3,800.00 | 1129-000 | | | |
| | {54} | | Auction Sale Proceeds $6,250.00 | 1129-000 | | | |
| | {52} | | Auction Sale Proceeds $350.00 | 1129-000 | | | |
| | {53} | | Auction Sale Proceeds $3,000.00 | 1129-000 | | | |
| | {84} | | Auctioneer Buyer's Premium $8,122.50 | 1290-000 | | | |
| 11/19/24 | 102 | Iron Horse Auction Company, Inc | Auctioneer Fees and Expenses | 3610-000 | | 10,122.50 | 93,720.21 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 138.32 | 93,581.89 |
| 12/23/24 | 103 | C & E Enterprises, LLC | Sale of Personal Property Free and Clear per Order DE 140 Entered on 12/19/24 | 4110-000 | | 41,503.43 | 52,078.46 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 171.01 | 51,907.45 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 105,490.10 | 3 | Checks | 53,063.43 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 519.22 |
| | Subtotal | 105,490.10 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 53,582.65 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 105,490.10 | | | |

Page Subtotals: $105,490.10   $53,582.65

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 24-50444 | **Trustee Name:** | Daniel C. Bruton (530470) |
| **Case Name:** | National Wholesale Company, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7732 | **Account #:** | ******7301 Checking |
| **For Period Ending:** 12/31/2024 | | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $105,490.10 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $105,490.10 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7301 Checking | $105,490.10 | $53,582.65 | $51,907.45 |
| | **$105,490.10** | **$53,582.65** | **$51,907.45** |

01/10/2025
Date

/s/Daniel C. Bruton
Daniel C. Bruton